**Motion GRANTED and Order filed July 3, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00539-CV
_____

**IN RE ELIZABETH THOMAS, ALBERT PERRY III, CATRICE HENRY, AND ALVIN R. MULLEN II, Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-82388**

## ORDER

On July 2, 2018, relators Elizabeth Thomas, Albert Perry III, Catrice Henry, and Alvin R. Mullen II, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable R.K. Sandill, Judge of the 127th District Court, in Harris County, Texas, to set aside his "Order on Plaintiff Elizabeth Thomas'

Purported 'Notice of Removal'" dated June 18, 2018, entered in trial court number 2017-82388, styled *Elizabeth Thomas, et al. v. Michael J. Pizzitola, Jr., et al.* Relator claims respondent did not have the authority to enter the order because the case had been removed to federal court.

Relator also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. Relators ask this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2017-82388, *Elizabeth Thomas, et al. v. Michael J. Pizzitola, Jr., et al.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties-in-interest, to file a response to the petition for writ of mandamus on or before July 17, 2018**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

The panel consists of Justices Donovan, Brown, and Jewell.